UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        - against -                           **TRANSPORTATION ORDER**
                                                    **25 CR 578 (RA)**

NATHAN AUSTAD ,
                     *Defendant*.
--------------------------------------------------------------------X

       Upon the application of Nathan Austad, by his Lisa Scolari, Esq. who has been assigned to represent him through the Criminal Justice Act, and upon a finding that Nathan Austad's presence in the district is needed so that he can meet with his attorney to prepare for sentencing, it is hereby ORDERED:

       that Criminal Justice Act funds shall be used to pay for Nathan Austad to travel to Minneapolis,  MN from the Southern District of New York after meeting with his attorney on June 23, 2026;

       It is further ORDERED that the flight shall be scheduled through the National Travel service so that Mr. Austad will travel to Minneapolis no earlier than 6:00 p.m. on June 23, 2026.

Dated: New York, New York
      June 16, 2026

SO ORDERED:

_____
HON. RONNIE ABRAMS