UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

       - against -                   **TRANSPORTATION ORDER**
                                      **25 CR 578 (RA)**

NATHAN AUSTAD ,
                        *Defendant*.
------------------------------------------------------------------X

       Upon the application of Nathan Austad, by his assigned attorney, Lisa Scolari, Esq., pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of justice, it is hereby ORDERED:

       that the United States Marshals Service arrange for Nathan Austad's air travel from Minneapolis,  MN to the Southern District of New York for his court appearance before Hon. Ronnie Abrams on June 23, 2026 at 1:00 p.m.;

       It is further ORDERED that the flight shall be scheduled so that Mr. Austad arrives in the New York area no later than 11:00 a.m. on June 23, 2026;

       It is further ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
      June16, 2026

SO ORDERED:

_____
HON. RONNIE ABRAMS